THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

AMY BETH LIGHT,

    Plaintiff,

v.

NANCY A. BERRYHILL,

    Defendant.

3:17-CV-1293
(JUDGE MARIANI)

## ORDER

AND NOW, THIS 2ND DAY OF NOVEMBER, 2018, upon review of Magistrate Judge Mehalchick's Report & Recommendation ("R&R") (Doc. 15) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 15) is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Appeal is **DENIED**. In so ruling, the Court wishes to note that it would have rejected the R&R in this case, as well as the Decision of the ALJ and would have ordered the grant of benefits to the plaintiff if there were any indication in the record of a reoccurrence of the claimant's breast cancer, her ovarian cancer, or any evidence whatsoever of metastasis to any other organ or part of her body. Nothing in the issues raised by the plaintiff in her "Brief" and accompanying exhibits (Doc. 9) suggest that any of these changes have occurred.

3. The Commissioner of Social Security's decision is **AFFIRMED**.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge